In the Matter of the Application for Summons for the Attendance of Certain Witnesses before a COMMITTEE OF THE COMMON COUNCIL OF THE CITY OF NORTH TONAWANDA, NEW YORK.— Order affirmed, with ten dollars costs. Memorandum: The City Charter and the General City Law grant to the common council duties and powers for the exercise of which investigations are desirable and often necessary. We, therefore, think that the power to hold investigations is implicit in the authority granted. Even without such authority the power to investigate is incidentally implied. (*Briggs* v. *Mackellar*, 2 Abb. Pr. 30, 56, 57; *Matter of Doyle*, 257 N. Y. 244, 260.) Without the power to subpoena witnesses, the power to investigate would be seriously curbed. The courts cannot assume to pass upon the good faith of public officials in the discharge of their functions. (*Matter of Hirschfield* v. *Craig*, 239 N. Y. 98, 106.) We find no merit in the contention that the common council should have proceeded by ordinance rather than by resolution or in the special appearance of the appellants in the court below. All concur. (The order grants an application for issuance of subpœnas *duces tecum* and personal subpœnas against appellants to appear before the committee and pro-

duce certain records.)    Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.